Decided October 26, 1988

JOANN ROMAN ET AL. *v.* CITY OF STAMFORD

The plaintiffs' petition for certification for appeal from the Appellate Court, 16 Conn. App. 213, is granted, limited to the following issue:

"When a city charter provision directs the city's park commission to provide for the care and control of all trees within the limits of public roads, can a municipality be held liable in negligence where an automobile is struck by a falling tree located within the limits of the roadway?"

*Paul J. Pacifico,* in support of the petition.

*James V. Minor,* assistant corporation counsel, in opposition.

Decided October 26, 1988